1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAULA RETTIG,                                    )
                                                 )       Case No. 2:15-cv-01442-JCM-NJK
                        Plaintiff(s),            )
                                                 )       ORDER
v.                                               )
                                                 )
NCO FINANCIAL SYSTEMS, INC.,                     )
                                                 )
                        Defendant(s).            )
_____)

On December 7, 2015, the parties filed a notice of settlement indicating that they expected to file dismissal papers within 45 days.  Docket No. 13.  The Court hereby **ORDERS** that the parties must file, no later than March 2, 2016, either dismissal papers or a joint status report.

IT IS SO ORDERED.

DATED: February 26, 2016

_____
Nancy J. Koppe
United States Magistrate Judge