**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRIC OF NEVADA

| | | |
|---|---|---|
| PAULA RETTIG, | ) | Case No. 2:15-cv-01442-JCM-NJK |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | ) ) | |
| NCO Financial Systems, Inc., | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel for the parties in the above captioned action, that this action is hereby dismissed, with prejudice, and without costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 29, 2016.                                     DATED:  March 29, 2016.

**LAW OFFICES OF ROBERT M. TZALL**     **LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Robert M. Tzall                                              /s/ Shannon G. Splaine

**ROBERT M. TZALL, ESQ.**                                 **SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 13412                                          Nevada Bar No. 8241
7735 Commercial Way, Suite 100                        3960 Howard Hughes Parkway, Suite 200
Henderson, Nevada 89011                                    Las Vegas, Nevada 89169-5968
Attorney for Plaintiff, PAULA RETTIG              Attorneys for Defendant, NCO Financial Systems, Inc.

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2016

1